UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-01172 DDP**                                              Dated: March 1, 2010

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
|---|---|---|
| Courtroom Deputy | Court Reporter | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |

===============================================================
U.S.A. vs (Dfts listed below)                        Attorneys for Defendants

11)   ALEXANDER RIVERA                              11)   Greg Nicholaysen
      not present no longer custody                        present appointed

_____

PROCEEDINGS:   MOTION TO DISMISS ON SPEEDY TRIAL VIOLATIONS
               (FILED ON 12-04-09 / DOCKET NUMBER 620)

Court hears oral argument and takes the matter under submission.

                                                                    00  :  20
                                        Initials of Deputy Clerk        JAC